UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 11-440 |
| v. | Hon. Jerome B. Simandle |
| THOMAS M. GRUBB, JR. | CONSENT ORDER FOR RELEASE OF REPORTS BY PRETRIAL SERVICES |

The Court having previously ordered a psychiatric examination of defendant Thomas M. Grubb, Jr. pursuant to 18 U.S.C. § 4241(b); and the defendant having been designated to the Federal Medical Center at Butner, North Carolina ("FMC Butner") for purposes of the evaluation; and the psychiatrist at FMC Butner having requested background information on the defendant, specifically the reports written by Pretrial Services in 2008 and 2011 in connection with the defendant's initial appearances (the "Pretrial Reports"), to assist him in conducting the evaluation; and both the defendant and the United States having consented to the disclosure of the Pretrial Reports to FMC Butner for this purpose; and for good cause shown

It is on this 14th day of December, 2012.

ORDERED that Pretrial Services shall send the Pretrial Reports from 2008 and 2011 to the psychiatrist at FMC Butner as soon as possible to assist in the evaluation of the defendant.

HON. JEROME B. SIMANDLE
Chief United States District Judge

Form and entry consented to:

Sarah M. Wolfe, Assistant U.S. Attorney

Anne Singer, Counsel for Defendant

1